UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:21-cr-105

vs.

TIMOTHY J. FARR,                        District Judge Michael J. Newman
                                                              Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

_____

**ORDER: (1) ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 41); AND (2) REQUIRING THE PARTIES TO REACH OUT TO THE COURT TO SCHEDULE A SENTENCING HEARING**

_____

        This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 41.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Indictment, which charges him with being a felon in possession of a firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  Doc. No. 18 at PageID 42.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.  The parties should reach out to the Court to schedule a sentencing hearing.

        **IT IS SO ORDERED.**

  November 28, 2022                                          s/ Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                          United States District Judge